IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Elena Rascon,<br><br>            Plaintiff,<br><br>v.<br><br>Commissioner of Social Security Administration,<br><br>            Defendant. | No. CV-20-00096-TUC-RCC (LAB)<br><br>**ORDER** |

On July 19, 2021, Magistrate Judge Leslie A. Bowman issued a Report and Recommendation ("R&R") recommending this Court reverse the final decision of the Commissioner, remand for further proceedings, and grant the Commissioner's Countermotion to Remand (Doc. 29). (Doc. 31.) The parties were given fourteen days to file objections to the R&R. Fourteen days have passed and no objections have been filed.

If neither party objects to a magistrate judge's report and recommendation, the District Court is not required to review the magistrate judge's decision under any specified standard of review. *Thomas v. Arn*, 474 U.S. 140, 150 (1985). However, the statute guiding review of a magistrate judge's recommendation "does not preclude further review by the district judge, sua sponte or at the request of a party, under a de novo or any other standard." *Id.* at 154.

The Court has reviewed and considered the Complaint (Doc. 1), Answer (Doc. 18), Opening Brief (Doc. 22), Motion to Remand to Agency (Doc. 29), Reply (Doc. 30), and the R&R (Doc. 31). The Court finds the R&R well-reasoned and agrees with Judge

Bowman's conclusions.

Accordingly, IT IS ORDERED:

1) The R&R is ADOPTED (Doc. 31).
2) The Commissioner's Countermotion to Remand is GRANTED. (Doc. 29.)
3) The decision of the Commissioner is reversed and remanded for further proceedings in accordance with the R&R.
4) The Clerk of Court shall docket accordingly and close the case file in this matter.

Dated this 4th day of August, 2021.

_____
Honorable Raner C. Collins
Senior United States District Judge